J. MORRIS CHILDS et al., Appellants, *v.* HENRY W. KASSON, Respondent.

(Argued January 23, 1877; decided January 30, 1877.)

*C. D. Adams* for the appellants.

*E. J. Richardson* for the respondent.

Agree to dismiss appeal.    No opinion.
All concur.
Appeal dismissed.